**Mark W. Swimelar**
STANDING CHAPTER 12 & 13 TRUSTEE
250 South Clinton Street
2nd Floor
SYRACUSE, NEW YORK 13202

TELEPHONE: (315)471.1499
FAX: (315)471.4811

LYNN HARPER WILSON
STAFF ATTORNEY

April 5, 2010

Clerk - Bankruptcy Court
100 South Salina St. Suite 10
Syracuse, NY 13202

RE:    06-33495 Cline

Dear Clerk:

Enclosed please find check #789567 in the amount of $33.24. Pursuant to the order of confirmation, we have been collecting funds from the debtor in this case and have attempted to return funds. The debtor has failed to cash checks. All attempts to contact and forward checks have been unsuccessful. The debtor name and address as listed on the petition is as follows:

   Claim No. 999

|         | Acct# | Name    | Ann Marie Cline |
|---------|-------|---------|-----------------|
|         |       | Address | 115 Danzig St.  |
|         |       | Address | Syracuse, NY 13206 |

Please deposit this check in the Unclaimed Funds Account for the above named debtor. If you have any questions, please advise.

Very truly yours,

Kristie M. Moore
Account Clerk

Enc.

**FILED**
APR 16 2010
OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY